Kevin G. Little, SBN 149818
LAW OFFICE OF KEVIN G. LITTLE
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-mail: kevin@kevinglittle.com

Attorneys for Defendant James Armstrong

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:20-cr-00238-NONE-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RE: DEFENDANT'S CONDITIONAL RELEASE FOR PURPOSE OF TRANSPORTATION TO AND ENROLLMENT IN DELANCEY STREET – SAN FRANCISCO DRUG REHABILITATION PROGRAM |
| JAMES ARMSTRONG, | |
| Defendant. | |

WHEREAS the defendant needs to be released in Fresno in order to make the necessary logistical arrangements for his travel to San Francisco, so that he may be admitted to Delancey Street - San Francisco, 600 Embarcadero San Francisco, CA 94107, prior to his current January 21, 2022 sentencing date,

THE PARTIES HEREBY STIPULATE as follows:

(1)     Defendant shall be released on November 16, 2021 at 8:00 a.m., pursuant to the attached conditions of the Pretrial Services Agency, which will supervise the defendant during his enrollment at Delancey Street.  *See* Exhibit A.

(2)     The Defendant agrees to abide by these conditions during his enrollment at Delancey Street.

IT IS SO STIPULATED.

1  Date:   November 15, 2021                    /s/ Kevin G. Little
                                                Kevin G. Little
2                                               Attorney for Defendant
                                                Abraham Chavez
3

4

5  Date:   November 15, 2021                    /s/ Stephanie M. Stokman
                                                Phillip A. Talbert
6                                               Acting United States Attorney
                                                Stephanie M. Stokman
7                                               Assistant U.S. Attorney
                                                On Behalf of the United States of America
8
                                **ORDER**
9
   IT IS SO ORDERED.
10
        Dated:   **November 15, 2021**
11
                                                _____
                                                UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report by telephone to the Pretrial Services Agency upon your arrival at the Delancey Street Program;

3. You must restrict your travel to Northern District of California and Eastern District of California unless otherwise approved in advance by the pretrial services officer;

4. Report any contact with law enforcement to your Pretrial Services Officer within 24 hours;

5. You must reside and participate in the substance abuse treatment program at Delancey Street Foundation inpatient facility, in San Francisco, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer; A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

8. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

9. Upon successful completion of the Delancey Street Program, you must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

10. Upon successful completion of the Delancey Street Program, you must reside at an address approved by Pretrial Services and you must not change your residence or absent yourself from this residence for more than 24 hours without prior approval of the PSO;

11. Your release is delayed until November 16, 2021, at 8:00 a.m., at which time you will be released from the Fresno County Jail directly to the defendant's father, Robert Armstrong, for immediate transportation to the Delancey Street Program in San Francisco.