Kevin G. Little, SBN 149818
LAW OFFICE OF KEVIN G. LITTLE
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-mail: kevin@kevinlittle.com

Attorneys for Defendant James Armstrong

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JAMES ARMSTRONG,<br><br>  Defendant. | No.  1:20-cr-00238 NONE SKO<br><br>STIPULATION TO CONTINUE SENTENCING |

    IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney and Stephanie M. Stokman, Assistant U.S. Attorney and the undersigned attorney for defendant James Armstrong that the sentencing hearing set for January 21, 2022 at 9:30 am before the Honorable Dale A. Drozd, U.S. District Court Judge, be continued to April 22, 2022 at 9:30 a.m. The reason for the request is that the parties have received information indicating that the defendant remains in the Delancey Street Program as is expected to remain there until late 2023.  Documentation of the defendant's Delancey Street placement is attached hereto as Exhibit A.

    As such, the parties believe that setting another status on April 22, 2022 would be appropriate to continue to monitor the defendant's progress at Delancey Street.

**[Remainder of page intentionally left blank.]**

STIPULATION AND ORDER
-1-

| | | |
|---|---|---|
| Dated: December 29, 2021 | | Respectfully submitted,<br>PHILLIP A. TALBERT<br>Acting United States Attorney |
| | By | /s/ Stephanie M. Stokman<br>STEPHANIE M. STOKMAN<br>Assistant U.S. Attorney |
| Dated: December 29, 2021 | | /s/ Kevin Little<br><br>KEVIN LITTLE<br>Attorney for Defendant James Armstrong |

**ORDER**

IT IS SO ORDERED.

Dated:   **January 3, 2022**                     /s/ Dale A. Drozd
                                                                        UNITED STATES DISTRICT JUDGE