```
 1 | Kevin G. Little, SBN 149818
   | Michelle L. Tostenrude, SBN 290121
 2 | **LAW OFFICE OF KEVIN G. LITTLE**
   | Post Office Box 8656
 3 | Fresno, California 93747
   | Telephone: (559) 342-5800
 4 | Facsimile: (559) 242-2400
   | E-Mail: kevin@kevinlittle.com
 5 |
   | Attorneys for Defendant James Armstrong
 6 |
 7 |
```

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:20-cr-00238-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| JAMES ARMSTRONG, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant U.S. Attorney, and the undersigned attorney for defendant James Armstrong that the sentencing hearing set for April 22, 2022, at 9:30 a.m. before the Honorable Jennifer L. Thurston, U.S. District Court Judge, be continued to September 23, 2022, at 9:30 a.m. The reason for the request is that the parties have received updated information indicating that the defendant remains in the Delancey Street Program and is expected to remain there until late 2023.  Documentation of the defendant's continued Delancey Street placement is attached hereto as Exhibit A.

As such, the parties believe that setting another status on September 23, 2022 would be appropriate to continue to monitor the defendant's progress at Delancey Street.

**[Remainder of page intentionally left blank.]**



STIPULATION TO CONTINUE SENTENCING; ORDER    1

Dated: April 1, 2022

          Respectfully submitted,
          PHILLIP A. TALBERT
          United States Attorney

By   /s/ Stephanie M. Stokman
      STEPHANIE M. STOKMAN
      Assistant U.S. Attorney

Dated: April 1, 2022

   /s/ Kevin Little
   KEVIN LITTLE
   Attorney for Defendant James Armstrong

**ORDER**

IT IS SO ORDERED.

Dated: **April 5, 2022**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE