Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Defendant James Armstrong

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:20-cr-00238-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| JAMES ARMSTRONG, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant U.S. Attorney, and the undersigned attorney for defendant James Armstrong that the sentencing hearing set for September 23, 2022, at 9:00 a.m. before the Honorable Jennifer L. Thurston, U.S. District Court Judge, be continued to April 21, 2023, at 9:30 a.m. The reason for the request is that the parties have received updated information indicating that the defendant remains in the Delancey Street Program and is expected to remain there until late 2023.  Documentation of the defendant's continued Delancey Street placement is attached hereto as Exhibit A.

    As such, the parties believe that setting another status on April 21, 2023 would be appropriate to continue to monitor the defendant's progress at Delancey Street.

**[Remainder of page intentionally left blank.]**



STIPULATION TO CONTINUE SENTENCING; ORDER     1

Dated: September 15, 2022

Respectfully submitted,
PHILLIP A. TALBERT
United States Attorney

By  */s/ Stephanie M. Stokman*
STEPHANIE M. STOKMAN
Assistant U.S. Attorney

Dated: September 15, 2022

*/s/ Kevin G. Little*
KEVIN G. LITTLE
Attorney for Defendant James Armstrong

**ORDER**

IT IS SO ORDERED.

Dated:   **September 15, 2022**

_____
UNITED STATES DISTRICT JUDGE