Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Defendant James Armstrong

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-cr-00238-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| JAMES ARMSTRONG, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant U.S. Attorney, and the undersigned attorney for defendant James Armstrong that the sentencing hearing set for November 20, 2023, at 10:00 a.m. before the Honorable Jennifer L. Thurston, U.S. District Court Judge, be continued to January 8, 2024, at 10:00 a.m. The reason for the request is that the defendant remains in the Delancey Street Program and is expected to remain there until November 16, 2023.  Given the passage of time since the current draft PSIR was prepared, it would be preferable for Mr. Armstrong to be re-interviewed by U.S. Probation, and that documentation related to his anticipated successful completion of Delancey Street be incorporated into the defense sentencing submissions.

    As such, the parties believe that setting sentencing on January 8, 2024 would be appropriate.

**[Remainder of page intentionally left blank.]**

| | |
|---|---|
| Dated: October 30, 2023 | Respectfully submitted, |
| | PHILLIP A. TALBERT<br>United States Attorney |
| | By   */s/ Stephanie M. Stokman*<br>STEPHANIE M. STOKMAN<br>Assistant U.S. Attorney |
| Dated: October 30, 2023 | */s/ Kevin G. Little*<br>KEVIN G. LITTLE<br>Attorney for Defendant James Armstrong |

**ORDER**

IT IS SO ORDERED.

Dated:   **October 31, 2023**                                   _____
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING; ORDER                                                        2