Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Defendant James Armstrong

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-cr-00238-JLT-SKO |
| Plaintiff, | STIPULATION TO REGARDING DEFENDANT'S CONTINUED PRETRIAL RELEASE; ORDER |
| v. | |
| JAMES ARMSTRONG, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant U.S. Attorney, and the undersigned attorney for defendant James Armstrong that the defendant, who completed the Delancey Street in-patient program on November 16, 2023, may remain on pretrial release pending sentencing based on the conditions recommended by the Office of Pretrial Services, as set forth in the Attached Exhibit A.

**[Remainder of page intentionally left blank.]**

STIPULATION TO REGARDING DEFENDANT'S CONTINUED PRETRIAL RELEASE; ORDER    1

IT IS SO STIPULATED.

Dated: November 21, 2023      Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By  */s/ Stephanie M. Stokman*
STEPHANIE M. STOKMAN
Assistant U.S. Attorney

Dated: November 21, 2023      */s/ Kevin G. Little*
KEVIN G. LITTLE
Attorney for Defendant James Armstrong

## ORDER

IT IS SO ORDERED.

Dated: __**November 21, 2023**__                              _____
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

# **SPECIAL CONDITIONS OF RELEASE**

Re: James Armstrong
No.: 1:20-CR-238-JLT-SKO-6
Date: November 8, 2023

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Pretrial Services Agency on the first working day following your release from the Delancey Street Program;

3. You must reside at a location approved by the Pretrial Services Officer and not move or absent yourself from this residence **for more than 24 hours** without the prior approval of the Pretrial Services Officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the **state of California** unless otherwise approved in advance by the Pretrial Services Officer;

6. You must surrender any passports to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must refrain from **ANY** use of alcohol;

9. You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

10. You must submit to drug and/or alcohol testing as approved by the Pretrial Services Officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the Pretrial Services Officer;

11. You must participate in a program of medical or psychiatric treatment, including treatment for **drug or alcohol dependency**, or individual specialized treatment, as determined by the Pretrial Services Officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the Pretrial Services Officer;

12. You must not associate or have any contact with **any of your co-defendants and any known gang members** unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer; and

13. You must report any contact with law enforcement to your pretrial services officer within 24 hours.