Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Defendant James Armstrong

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES ARMSTRONG,<br><br>　　　　　　　Defendant. | Case No.: 1:20-cr-00238-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER |

　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant U.S. Attorney, and the undersigned attorney for defendant James Armstrong that the sentencing hearing set for June 17, 2024, at 9:00 a.m. before the Honorable Jennifer L. Thurston, U.S. District Court Judge, be continued to October 28, 2024, at 9:00 a.m. The reason for the request is that the defendant remains in the post-Delancey Street outpatient treatment, and the parties mutually agree that his case is not yet ripe for sentencing. Given the passage of time between now and the new requested sentencing date, the United States Probation Office might also prefer to amend/update its presentence investigation report prior to sentencing.

As such, the parties believe that setting sentencing on October 28, 2024 at 9:00am would be appropriate.

Dated: May 22, 2024                     Respectfully submitted,

                                           PHILLIP A. TALBERT
                                           United States Attorney

                             By     */s/ Stephanie M. Stokman*
                                           STEPHANIE M. STOKMAN
                                           Assistant U.S. Attorney

Dated: May 22, 2024                     */s/ Kevin G. Little*
                                           KEVIN G. LITTLE
                                           Attorney for Defendant James Armstrong

                                                **ORDER**

IT IS SO ORDERED.

   Dated:  **May 22, 2024**                                    _____
                                                            UNITED STATES DISTRICT JUDGE