1 | Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
2 | Post Office Box 8656
Fresno, California 93747
3 | Telephone: (559) 342-5800
Facsimile: (559) 242-2400
4 | E-Mail: kevin@kevinlittle.com

5 | Attorneys for Defendant James Armstrong

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-cr-00238-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| JAMES ARMSTRONG, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant U.S. Attorney, and the undersigned attorney for defendant James Armstrong that the sentencing hearing set for October 28, 2024, at 10:00 a.m. before the Honorable Jennifer L. Thurston, U.S. District Court Judge, be continued to January 27, 2027, at 10:00 a.m. The reason for the request is that the parties mutually agree that his case is not yet ripe for sentencing, and defense counsel also has trial conflicts that impact the current presentence filing deadlines and sentencing date.  Additionally, given the passage of time between now and the issuance date of the draft Presentence Investigation Report, the United States Probation Office might also prefer to amend/update it prior to sentencing.

As such, the parties believe that setting sentencing on January 27, 2025 would be appropriate.

**[Remainder of page intentionally left blank.]**

Dated: October 10, 2024              Respectfully submitted,

                                                 PHILLIP A. TALBERT
                                                 United States Attorney

                                   By     */s/ Stephanie M. Stokman*
                                                 STEPHANIE M. STOKMAN
                                                 Assistant U.S. Attorney

Dated: October 10, 2024              */s/ Kevin G. Little*
                                              KEVIN G. LITTLE
                                             Attorney for Defendant James Armstrong

                                               **ORDER**

IT IS SO ORDERED.

    Dated:   **October 11, 2024**                                                              
                                                   UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING; ORDER    2