1  Kevin G. Little, SBN 149818
   **LAW OFFICE OF KEVIN G. LITTLE**
2  Post Office Box 8656
   Fresno, California 93747
3  Telephone: (559) 342-5800
   Facsimile: (559) 242-2400
4  E-Mail: kevin@kevinlittle.com

5  Attorneys for Defendant James Armstrong

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA, | Case No.: 1:20-cr-00238-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| JAMES ARMSTRONG, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant U.S. Attorney, and the undersigned attorney for defendant James Armstrong that the sentencing hearing set for January 27, 2025, at 10:00 a.m. before the Honorable Jennifer L. Thurston, U.S. District Court Judge, be continued to March 17, 2025, at 10:00 a.m. The reason for the request is that the parties mutually agree that his case is not yet ripe for sentencing, and defense counsel also has trial conflicts that impact the current presentence filing deadlines and sentencing date. Additionally, given the passage of time between now and the issuance date of the draft Presentence Investigation Report, the United States Probation Office might also prefer to amend/update it prior to sentencing.

   As such, the parties believe that setting sentencing on March 17, 2025 would be appropriate.

              **[Remainder of page intentionally left blank.]**

STIPULATION TO CONTINUE SENTENCING; ORDER                                     1

1 | Dated: January 13, 2025            Respectfully submitted,

            PHILLIP A. TALBERT
            United States Attorney

      By    */s/ Stephanie M. Stokman*
            STEPHANIE M. STOKMAN
            Assistant U.S. Attorney

Dated: January 13, 2025            */s/ Kevin G. Little*
            KEVIN G. LITTLE
            Attorney for Defendant James Armstrong

**ORDER**

IT IS SO ORDERED.

   Dated:   **January 13, 2025**            _____
            UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING; ORDER                            2