1  Kevin G. Little, SBN 149818
   **LAW OFFICE OF KEVIN G. LITTLE**
2  Post Office Box 8656
   Fresno, California 93747
3  Telephone: (559) 342-5800
   Facsimile: (559) 242-2400
4  E-Mail: kevin@kevinglittle.com

5  Attorneys for Defendant James Armstrong

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No.:  1:20-cr-00238-JLT-SKO

12                      Plaintiff,        STIPULATION TO CONTINUE
                                          SENTENCING; ORDER
13          v.

14  JAMES ARMSTRONG,

15                      Defendant.

16

17          IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

18  Attorney, and Stephanie M. Stokman, Assistant U.S. Attorney, and the undersigned attorney for

19  defendant James Armstrong that the sentencing hearing set for March 17, 2025, at 9:00 a.m.

20  before the Honorable Jennifer L. Thurston, U.S. District Court Judge, be continued to April 21,

21  2025, at 9:00 a.m. The reason for the request is that the parties mutually agree that his case is not

22  yet ripe for sentencing, and defense counsel also has trial conflicts that impact the current

23  presentence filing deadlines and sentencing date.  Additionally, given the passage of time

24  between now and the issuance date of the draft Presentence Investigation Report, the United

25  States Probation Office might also prefer to amend/update it prior to sentencing.

26          As such, the parties believe that setting sentencing on April 21, 2025 would be

    appropriate.
27
                        **[Remainder of page intentionally left blank.]**
28

---

STIPULATION TO CONTINUE SENTENCING; ORDER                                        1

1   Dated: March 14, 2025                    Respectfully submitted,

2
                                             PHILLIP A. TALBERT
3                                            United States Attorney

4                                  By    */s/ Stephanie M. Stokman*
                                         STEPHANIE M. STOKMAN
5                                        Assistant U.S. Attorney

6   Dated: March 14, 2025                   */s/ Kevin G. Little*
7                                        KEVIN G. LITTLE
                                         Attorney for Defendant James Armstrong
8

9                              **ORDER**[1]

10

11  IT IS SO ORDERED.

12     Dated:    **March 14, 2025**

13                                       UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
────────────────────────
[1] The Court notes that the PSR *was* updated and filed on January 8, 2025. (Doc. 1665)

STIPULATION TO CONTINUE SENTENCING; ORDER                                          2