Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Defendant James Armstrong

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>JAMES ARMSTRONG,<br><br>                    Defendant. | Case No.: 1:20-cr-00238-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER |

　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant U.S. Attorney, and the undersigned attorney for defendant James Armstrong that the sentencing hearing set for April 21, 2025, at 9:00 a.m. before the Honorable Jennifer L. Thurston, U.S. District Court Judge, be continued to June 2, 2025, at 9:00 a.m. The reason for the request is that the parties mutually agree that his case is not yet ripe for sentencing, and defense counsel also has trial conflicts that impact the current presentence filing deadlines and sentencing date.  Additionally, given the passage of time between now and the issuance date of the draft Presentence Investigation Report, the United States Probation Office might also prefer to amend/update it prior to sentencing.

　　　As such, the parties believe that setting sentencing on June 2, 2025 would be appropriate.

**[Remainder of page intentionally left blank.]**

| | | |
|---|---|---|
| Dated: April 14, 2025 | | Respectfully submitted, |
| | | PHILLIP A. TALBERT<br>United States Attorney |
| | By | */s/ Stephanie M. Stokman*<br>STEPHANIE M. STOKMAN<br>Assistant U.S. Attorney |
| Dated: April 14, 2025 | | LAW OFFICE OF KEVIN G. LITTLE |
| | | */s/ Kevin G. Little*<br>KEVIN G. LITTLE<br>Attorney for Defendant James Armstrong |

**ORDER**

IT IS SO ORDERED.

Dated: April 15, 2025

Honorable Jennifer L. Thurston
United States District Court Judge