Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Defendant James Armstrong

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-cr-00238-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| JAMES ARMSTRONG, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant U.S. Attorney, and the undersigned attorney for defendant James Armstrong that the sentencing hearing set for June 2, 2025, at 10:00 a.m. before the Honorable Jennifer L. Thurston, U.S. District Court Judge, be continued to July 14, 2025, at 10:00 a.m. The reason for the request is that defense counsel is still engaged in a trial in Los Angeles County, *Soto, et al. v. Badalyan, et al*, No. 21STCV35858, which had been expected to be completed by now.

    As such, the parties believe that setting sentencing on July 14, 2025 would be appropriate, since both counsel assure the Court they can be personally present that day.

**[Remainder of page intentionally left blank.]**

STIPULATION TO CONTINUE SENTENCING; ORDER      1

1  Dated: May 28, 2025                       Respectfully submitted,

                                             PHILLIP A. TALBERT
                                             United States Attorney

                                    By    */s/ Stephanie M. Stokman*
                                             STEPHANIE M. STOKMAN
                                             Assistant U.S. Attorney

7  Dated: May 28, 2025                       LAW OFFICE OF KEVIN G. LITTLE

                                             */s/ Kevin G. Little*
                                             KEVIN G. LITTLE
                                             Attorney for Defendant James Armstrong

                                             **ORDER**

IT IS SO ORDERED.

   Dated:   **May 28, 2025**                 _____
                                             UNITED STATES DISTRICT JUDGE